The Chapel v GuideOne Mut. Ins. Co. (2025 NY Slip Op 00581)

The Chapel v GuideOne Mut. Ins. Co.

2025 NY Slip Op 00581

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND KEANE, JJ.

900 CA 22-00505

[*1]THE CHAPEL, ALSO KNOWN AS THE CHAPEL AT CROSSPOINT, PLAINTIFF-RESPONDENT,
v
GUIDEONE MUTUAL INSURANCE COMPANY, DEFENDANT-APPELLANT, ET AL., DEFENDANTS. (APPEAL NO. 2.) 

LAW OFFICES OF PATEL & RATHJE, GARDEN CITY (CARLA VARRIALE-BAKER OF COUNSEL), FOR DEFENDANT-APPELLANT.
WALSH, ROBERTS & GRACE, BUFFALO (MARK P. DELLA POSTA OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (Mark J. Grisanti, A.J.), entered March 14, 2022. The order granted the motion of defendant GuideOne Mutual Insurance Company insofar as it sought leave to reargue its opposition to plaintiff's motion for summary judgment and, upon reargument, adhered to the prior determination granting plaintiff's motion. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in The Chapel v GuideOne Mut. Ins. Co. ([appeal No. 1] — AD3d — [Jan. 31, 2025] [4th Dept 2025]).
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court